**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EDWARD WOFSY,**

      **Plaintiff,**

**v.**                                  **Case No.  8:07-cv-98-T-30TGW**

**PALM SHORES RETIREMENT**
**COMMUNITY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's proposed Bill of Costs (Dkt. 55), and Plaintiff's Objection to the same (Dkt. 62).  The Bill of Costs was timely and properly filed under Rule 54(d)(1) Federal Rules of Civil Procedure and Local Rule 4.18 of the Local Rules of the Middle District of Florida.  Having reviewed the Bill of Costs and the Objection, and being otherwise advised of the premises therein, the Court determines that the Bill of Costs should be granted.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant's Proposed Bill of Costs (Dkt. #55) is **GRANTED**.  Defendant is entitled to recover those costs set forth in the proposed Bill of Costs pursuant to Rule 54 of the Federal Rules of Civil Procedure.

2.      **The Clerk is directed to enter a Bill of Costs against Plaintiff and in favor of Defendant in the amount of $2,183.50 in taxable costs.**

**DONE** and **ORDERED** in Tampa, Florida on February 6, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Even\2007\07-cv-98.bill of costs.frm